| | |
|---|---|
| 1 | LAURA E. DUFFY |
| | United States Attorney |
| 2 | ROSA P. CATANIA |
| | Assistant U.S. Attorney |
| 3 | Office of the U.S. Attorney |
| | Federal Office Building |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, CA 92101-8893 |
| 5 | Telephone: (619) 546-7621 |
| | Facsimile: (619) 546-7751 |
| 6 | |
| | Attorneys for Petitioner |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 12cv00585-BTM (WVG) |
| Petitioner, | |
| v. | DECLARATION OF SERVICE |
| GAIL L. RIDLEY, | |
| Respondent. | |

I, R. Acosta, an employee of the Internal Revenue Service, hereby attest that on March 20, 2012, I served Respondent Gail L. Ridley with a copy of the Court's Order to Show Cause Re: Enforcement of Internal Revenue Service Summons, and the Government's Petition to Enforce Internal Revenue Service Summons and the attached Declaration and Exhibits.

Service was made by handing a copy of the documents to Respondent at the Internal Revenue Service Small Business/Self Employed Division, 880 Front Street, Suite 3295, San Diego, California 92101.

Dated: March 20, 2012

R. Acosta
R. ACOSTA
Revenue Officer
Internal Revenue Service